No. 78–6029.   LaRocca v. United States.   C. A. 3d Cir. [Certiorari granted, 442 U. S. 916.]   Motion for appointment of counsel granted, and it is ordered that Gerald Goldman, Esquire, of Washington, D. C., be appointed to serve as counsel for petitioner in this case.

No. 79–4.   Williams et al. v. Zbaraz et al.;
No. 79–5.   Miller, Acting Director, Department of Public Aid of Illinois, et al. v. Zbaraz et al.; and
No. 79–491.   United States v. Zbaraz et al.   D. C. N. D. Ill.   [Probable jurisdiction postponed, ante, p. 962.]   Motion of Alan Ernest to be appointed counsel for children unborn and born alive denied.   Motion of Legal Defense Fund for Unborn Children for leave to file a brief as amicus curiae denied.

No. 79–48.   Andrus, Secretary of the Interior, et al. v. Glover Construction Co.   C. A. 10th Cir.   [Certiorari granted, ante, p. 962.]   Motion of petitioner to dispense with printing appendix granted.

No. 79–134.   Consolidated Edison Company of New York, Inc. v. Public Service Commission of New York. Ct. App. N. Y.   [Probable jurisdiction noted, ante, p. 822.] Motions of New England Legal Foundation, Long Island Lighting Co., and New York State Consumer Protection Board et al. for leave to file briefs as amici curiae granted.

No. 79–192.   New York Gaslight Club, Inc., et al. v. Carey.   C. A. 2d Cir.   [Certiorari granted, ante, p. 897.] Motion of New York State Division of Human Rights et al. for leave to file a brief as amici curiae granted.

No. 79–5863.   Godwin v. United States.   C. A. 2d Cir. Motion of petitioner to seal petition denied.